# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> v. ) <br> CARLOS FERNANDEZ MORALES (3), ) <br> Defendant. ) | Criminal Case No. 95CR0457-L-3 <br><br> **ORDER AND JUDGMENT DISMISSING CRIMINAL CASE** <br><br> [ECF No. 50] |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the Arrest Warrant as to Defendant Carlos Fernandez Morales (3). (ECF No. 50.)

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Arrest Warrant is recalled.

Dated: July 1, 2025

_____
Hon. M. James Lorenz
United States District Judge